JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIEL BARRIOS, | ) | Case No. CV 08-6411-GHK (DTB) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| DEBRA DEXTER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  March 12, 2010

GEORGE H. KING
UNITED STATES DISTRICT JUDGE