JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BARRIOS, | ) Case No. CV 08-6411-GHK (DTB) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| DEBRA DEXTER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    11/18/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

1