UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BARRIOS,<br><br>          Petitioner,<br><br>    vs.<br><br>DEBRA DEXTER, Warden,<br><br>          Respondent. | Case No. CV 08-6411-GHK (DTB)<br><br>**AMENDED JUDGMENT** |

    On November 16, 2016, the Ninth Circuit Court of Appeals issued its Mandate in this action, reversing the Judgment and remanding the action to this Court with instructions to conditionally grant the Petition.

    THEREFORE, IT IS HEREBY ADJUDGED that a conditional writ of habeas corpus is granted as follows: Unless petitioner is brought to retrial within ninety (90) days of the date this Judgment becomes final (plus any additional delay authorized under State law), respondent shall discharge petitioner from all adverse consequences of his conviction in Los Angeles County Superior Court Case No. KA069035.

DATED:   12/1/16

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

1